## ZABRISKIE v. TORREY.

WHERE, in an action to recover two hundred dollars for professional services, judgment was rendered for the amount claimed and costs, and ten dollars per centage, and defendant appealed : *Held,* that neither the costs nor per centage constituted any part of the matter in dispute, and that the Supreme Court had no jurisdiction of the appeal.

APPEAL from the County Court of the City and County of San Francisco.

*A. M. Heslep,* for Appellant.

*James McCabe*, for Respondent.

FIELD, C. J. delivered the opinion of the Court—COPE, J. and NORTON, J. concurring.

This is an action to recover two hundred dollars for professional services; and judgment was recovered for the amount claimed, besides costs and ten dollars percentage. The respondent moves for a dismissal of the appeal on the ground that this Court has no jurisdiction of the case. The motion must be granted. The appellate jurisdiction of this Court in civil actions, upon demands for money, only extends to cases where " the matter in dispute *exceeds* two hundred dollars," unless the legality of a tax, toll, impost or municipal fine is drawn in question. The costs and percentage are only incidental to the action; they do not constitute any part of the matter in dispute. (*Dumphy* v. *Guindon*, 13 Cal. 28.)

Appeal dismissed.